```
                                              FILED
                                       UNITED STATES DISTRICT COURT
                                         DISTRICT OF NEW MEXICO
```

IN THE UNITED STATES DISTRICT COURT         05 APR 21 AM 11:38

FOR THE DISTRICT OF NEW MEXICO              CLERK - LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSE ROBERTO CARRIZALES-TOLEDO, ) | CRIMINAL NO. 05-856 MCA |
| ) | |
| Defendant. ) | 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841(b)(1)(B): Possession with Intent to Distribute 100 Kilograms and more of Marijuana; and 18 U.S.C. § 2: Aiding and Abetting. |

### REDACTED  INDICTMENT

The Grand Jury charges:

On or about the 30th day of December, 2004, in Hidalgo County, in the State and District of New Mexico, the defendant, **JOSE ROBERTO CARRIZALES-TOLEDO**, did unlawfully, knowingly and intentionally possess with intent to distribute 100 kilograms and more of Marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B) and 18 U.S.C. § 2.

A TRUE BILL:

/s/

_____
FOREPERSON OF THE GRAND JURY

*R White for*
DAVID C. IGLESIAS
United States Attorney
04/08/05 2:47pm

